IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH NICHOLAS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 11-4487 |
| | : | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration | : : | |

## ORDER

AND NOW, this 16th day of March, 2012, upon consideration of Plaintiff Elizabeth Nicholas's Brief and Statement of Issues in Support of Request for Review, Defendant's response thereto, and Nicholas's reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, to which no objections have been filed,[1] it is ORDERED:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Nicholas's request for review is GRANTED; and

3. This matter is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further review consistent with the Report and Recommendation.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

Juan R. Sánchez, J.

---

[1] The Report and Recommendation was sent to all parties of record on February 22, 2012. Pursuant to Local Civil Rule 72.1 IV(b), a party may object to a magistrate judge's report "within fourteen (14) days after being served with a copy thereof." As of today's date, no objections have been filed.